Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−34222−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Constance Marie Slonaker
   58 Farragut Avenue
   Seaside Park, NJ 08752

Social Security No.:
   xxx−xx−2114

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           2/20/19
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 27, 2018
JAN: amg

                Jeanne Naughton
                Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-34222-CMG
Constance Marie Slonaker                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin             Page 1 of 2           Date Rcvd: Dec 27, 2018
                               Form ID: 132            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2018.
db          +Constance Marie Slonaker,    58 Farragut Avenue,    Seaside Park, NJ 08752-1224
517914098   +Borough of Seaside Park,    Water/Sewer Dept.,    1701 North Ocean Ave.,
              Seaside Park, NJ 08752-1232
517914101   +Donald Slonaker,    58 Farragut Avenue,    Seaside Park, NJ 08752-1224
517914102   +E Allen Mac Duffie Jr, Esq.,    1605 Grand Central Ave.,    PO Box 366,
              Lavallette, NJ 08735-0366
517914104   +JCP&L,   P. O. Box 367,    Holmdel, NJ 07733-0367
517914105   +Mattleman, Weinroth & Miller, PC,    401 Route 70 East, Ste 100,    Cherry Hill, NJ 08034-2410
517914106   +N or D Remick, Trustee,    PO Box 39,    Barnegat, NJ 08005-0039
517914109   +New Jersey Natural Gas,    1415 Wyckoff Road,    P.O. Box 1378,    Wall, NJ 07719-1378
517914110  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
              P.O. Box 245,    Trenton, NJ 08695-0245)
517914111    US Bank Cust for CCTS Capital,    2 Liberty Place, Suite 1950,    59 South 16th St.,
              Philadelphia, PA 19102
517914112   +Vasyl or Maria Kavatsiuk,    449 Mountain AVe.,    Berkeley Heights, NJ 07922-2641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 27 2018 23:24:50     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2018 23:24:47     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517914095   +E-mail/Text: dkretschmer@bchaselaw.com Dec 27 2018 23:24:41      Bart A. Chase, Esq.,
              P. O. Box 871,    450 Springfield Ave.,   Summit, NJ 07901-2611
517914096   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 27 2018 23:25:18
              Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
              Coral Gables, FL 33146-1873
517914097   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 27 2018 23:25:18
              Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
517914099   +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 27 2018 23:25:39
              Credit Collection Services,    Attn: Bankruptcy,    725 Canton St,   Norwood, MA 02062-2679
517914100   +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 27 2018 23:25:39
              Credit Collection Services,    Po Box 607,   Norwood, MA 02062-0607
517914103    E-mail/Text: cio.bncmail@irs.gov Dec 27 2018 23:24:03     Internal Revenue Service,
              PO Box 7346,   Philadelphia, PA 19101-7346
517914107   +E-mail/Text: Bankruptcies@nragroup.com Dec 27 2018 23:25:49     National Recovery Agency,
              Attn: Bankruptcy,    Po Box 67015,   Harrisburg, PA 17106-7015
517914108   +E-mail/Text: Bankruptcies@nragroup.com Dec 27 2018 23:25:49     National Recovery Agency,
              2491 Paxton St,   Harrisburg, PA 17111-1036
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517914094    ##+ACB Receivable Management, Inc.,    PO Box 350,   19 Main St.,   Asbury Park, NJ 07712-7012
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2018                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 27, 2018
                              Form ID: 132             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Kevin Gordon McDonald    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Constance Marie Slonaker bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                            TOTAL: 4
```