| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**WILLIAM H. OLIVER, JR., ESQ.**<br>Attorney at Law<br>Brandywine Commons<br>2240 State Highway 33, Suite 112<br>Neptune, NJ 07753<br>(732) 988-1500 | **Order Filed on January 3, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Constance Marie Slonaker | Case No.: 18-34222<br><br>Adv. No.:<br><br>Hearing Date:  1/2/19<br><br>Judge:  Christine M. Gravelle |

**ORDER TO CONTINUE AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 3, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:   CONSTANCE MARIE SLONAKER
Case No.:  18-34222(CMG)
Caption of Order:  ORDER TO CONTINUE AUTOMATIC STAY
Page 2

Upon the Debtors' motion to continue the automatic stay in case filed after prior dismissal within a year of filing, and for good cause shown and no objections raised,

**IT IS** hereby **ORDERED** as follows:

1. The automatic stay under §362(a) is hereby continued as to all creditors served with the notice of motion until further Order of the Court.
2. A copy of this Order shall be served on all interested parties within __5__ days of the entry of this Order.