| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>William H. Oliver, Jr., Esq.<br>Brandywine Commons<br>2240 State Highway 33, Suite 112<br>Neptune, NJ  07753 | **Order Filed on January 10, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>Constance Marie Slonaker<br><br>                                Debtor | Case No.:     18-34222<br>Judge:             CMG<br>Chapter:            13 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

**ORDER AUTHORIZING**
**RETENTION OF**  Ruggeri Realty (Listing Broker)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: January 10, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re:        Constance Marie Slonaker

Case No.:   18-34222

Applicant:  Constance Marie Slonaker

(check all that apply)  ☐ Trustee:  ☐ Chap. 7      ☐ Chap. 11      ☐ Chap. 13.

☒ Debtor:  ☐ Chap. 11      ☒ Chap. 13

☐ Official Committee of _____

Name of Professional:    Ruggeri Realty

Address of Professional:  1801 Boulevard

Seaside Park, NJ 08752

☐ Attorney for (check all that apply):
  ☐ Trustee    ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Accountant for:
  ☐ Trustee    ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☒ Other Professional:
  ☒ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer
  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Constance Marie Slonaker  
       Debtor

Case No. 18-34222-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 10, 2019  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2019.  
db         +Constance Marie Slonaker,   58 Farragut Avenue,   Seaside Park, NJ 08752-1224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2019 at the address(es) listed below:  
        Albert    Russo    docs@russotrustee.com  
        Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        William H. Oliver, Jr.    on behalf of Debtor Constance Marie Slonaker bkwoliver@aol.com, R59915@notify.bestcase.com

    TOTAL: 4